UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-01738-MCS-DTB | Date May 29, 2024 |
| Title *Perez v. Keenan & Assocs.* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO REMAND (ECF No. 14) (JS-6)

 Plaintiff Darleen Perez moves to remand the case to the state superior court from which it was removed. (Mot., ECF No. 14.) Defendant Keenan & Associates did not file a timely response. (*See* Order, ECF No. 23 (setting deadline of May 27, 2024).) The Court deems the motion conceded and declines to exercise jurisdiction over the case for the reasons presented in the motion. 28 U.S.C. § 1332(d)(4); *see* C.D. Cal. R. 7-12; *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.").

 The Court grants the motion and remands the case to the Los Angeles County Superior Court, No. 24STCV04704. The Court directs the Clerk to effect the remand immediately and close the case.

**IT IS SO ORDERED.**